ACCEPTED
08-21-00026-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
11/2/2021 7:03 PM
ELIZABETH G. FLORES
CLERK

## NO. 08-21-00026-CV

**IN THE COURT OF APPEALS**
**EIGHTH DISTRICT**
**AT EL PASO, TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/2/2021 7:03:05 PM
ELIZABETH G. FLORES
Clerk

**KENNETH MCKEOUGH,**

**Appellant**

**VS.**

**CAMELOT TOWNHOMES ASSOCIATION,**
**INC.,**

**Appellee.**

**On Appeal from the County Court at Law No. 3**
**of El Paso County, Texas**
**Cause No. 2020DCV4040**
**(Hon. Javier Alvarez)**

**APPELLANT'S AGREED MOTION FOR EXTENSION TO FILE BRIEF OF**
**APPELLANT**

**TO THE HONORABLE EIGHTH COURT OF APPEALS:**

Appellant's Brief was due October 31, 2021. Appellant seeks a thirty- day extension to file the Brief November 30, 2021.

A representative sample of work occupying counsel's time includes working on the petition for discretionary review in Cause No. PD-0769-21, *Hal Honea v. State of Texas*, in the Texas Court of Criminal Appeals, working on a petition for review in Cause no. 21-0883, *Mark Wheeler, et al, v. Brandon Scott Free, et al*, in the Supreme Court of Texas, finishing the brief in Cause No. 11-21-00126-CR,

*Jesus Rodriguez v. State of Texas,* in the Eastland Court of Appeals, disposing of

Cause No. 25,866, *State of Texas vs. Shay Molenburg*, in the County Court of

Callahan County, Texas, and preparing for a jury trial in Cause No. 12,369, *State*

*v. Daniel Charles Jackson*, in the 32nd District Court of Nolan County, Texas.

Accordingly, Counsel prays for an extension to file the Brief on

November 30, 2021.

## **PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays this Court

enters an order granting an extension to file the Brief on November 30, 2021.

Respectfully Submitted,


/s/Rick Dunbar
RICK DUNBAR
TBN: 24025336
7242 Buffalo Gap
Abilene, Texas 7966
Phone: 325/428-9450
Fax: 325/455-1912
Rickdunbar2013@gmail.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2021, a true and correct copy of the above and foregoing was forwarded all counsel of record in a manner consistent with the requirements of the law.


/s/Rick Dunbar

Rick Dunbar

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on November 1, 2021, I conferred with Mr. Hugo Madrid,

Counsel for Appellee. He graciously agreed to the extension.

/s/Rick Dunbar
Rick Dunbar

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that according to the word count function of the undersigned's word processing software, this document contains 363 words. The undersigned therefore certifies compliance.

/s/Rick Dunbar
Rick Dunbar

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Frederick Dunbar on behalf of Rick Dunbar
Bar No. 24025336
rick@galbreathlawfirm.com
Envelope ID: 58787135
Status as of 11/3/2021 8:47 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brenda JRamirez | | bramirez@hmadridlaw.com | 11/2/2021 7:03:05 PM | SENT |
| Rick Dunbar | | rick@galbreathlawfirm.com | 11/2/2021 7:03:05 PM | SENT |
| Hugo Madrid | | hmadrid@piercemadrid.com | 11/2/2021 7:03:05 PM | ERROR |
| Hugo Madrid | | hmadrid@hmadridlaw.com | 11/2/2021 7:03:05 PM | SENT |